UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                           Case No. 18-cv-0590-bhl

VLADIMIR M GOROKHOVSKY, et al.,

        Defendants.

---

## ORDER

---

On September 1, 2020, Magistrate Judge William E. Duffin granted the United States' motion for sanctions against Defendants Vladimir Gorokhovsky and Gorokhovsky Imports and Investment Group LLC (GIIG). (ECF No. 142.) As part of that Order, Gorokhovsky and GIIG were held jointly and severally liable for the costs and fees the United States incurred in preparing and holding an August 4, 2020 deposition and in preparing its motion for sanctions. (*Id.* at 12.) As of May 17, 2021, Gorokhovsky and GIIG had not paid those fees, so the United States filed a motion requesting the Court set a deadline for payment. (ECF No. 176.) On September 7, 2021, the Court granted the United States' motion and directed Gorokhovsky and GIIG to pay the outstanding fee awards on or before October 7, 2021. (ECF No. 192.) On October 6, 2021, Gorokhovsky filed a motion for an extension of time to satisfy the outstanding sanctions order. (ECF No. 193.) On October 12, 2021, the Court denied Gorokhovsky's motion for want of good cause. (ECF No. 197.)

On October 22, 2021, the United States filed a motion asking the Court to issue Gorokhovsky and GIIG an order show cause why they should not be held in civil contempt for failing to comply with the Court's September 7, 2021 Order. (ECF No. 198.) The motion contemplated the civil contempt sanction of default judgment against Gorokhovsky and GIIG. (ECF No. 199 at 8.) Also on October 22, Gorokhovsky filed a motion for reconsideration of the Court's Order denying his motion for extension of time to comply with the September 7, 2021 Order. (ECF No. 200). Additionally, Gorokhovsky filed motions (ECF Nos. 202 & 203) seeking

to sanction the United States and its counsel for what he perceived to be malicious attacks on his character contained in the brief supporting the motion for order to show cause at ECF No. 199. But these malicious attacks turned out to be true, so Gorokhovsky filed a notice withdrawing his motions for sanctions. (ECF No. 204.) A couple of weeks later, on November 9, 2021, the United States filed a motion for an order directing Gorokhovsky to move to withdraw the motions he filed at ECF Nos. 202 and 203. (ECF No. 207.)

On December 10, 2021, the Court entered an Order granting the United States' motion for summary judgment against Defendants Gorokhovsky, GIIG, and Larissa Ocheretner. (ECF No. 211.) Thus, it is time to dispose of the multitude of miscellaneous pending motions.

As to Gorokhovsky's pending motion for reconsideration (ECF No. 200), if there was no good cause for failure to pay sanctions on October 6, 2021, there is certainly none on December 14. Accordingly, the motion for reconsideration will be denied. The United States' motion for an order to show cause (ECF No. 198) will be denied as moot following this Court's December 10, 2021 Order granting the United States' motion for summary judgment against Gorokhovsky and GIIG. (ECF No. 211.) And the Court will accept Gorokhovsky's notice of withdrawal (ECF No. 204) as a motion to withdraw his motions made at ECF Nos. 202 and 203. That motion will be granted, and the United States' motion for an order directing Gorokhovsky to file a motion withdrawing those motions will be denied as moot.

**IT IS HEREBY ORDERED** that Defendant's Motion for Reconsideration (ECF No. 200) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Order to Show Cause (ECF No. 198) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Defendant's Motion to Withdraw Motions Filed at ECF Nos. 202 and 203 (ECF No. 204) is **GRANTED**, and the motions are withdrawn.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Order Directing Defendant to Move to Withdraw Motions Filed at ECF Nos. 202 and 203 (ECF No. 207) is **DENIED** as moot.

Dated at Milwaukee, Wisconsin on December 14, 2021.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge