UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case No. 18-cv-0590-bhl

v.

VLADIMIR M GOROKHOVSKY, et al.,

        Defendants.

---

### ORDER GRANTING FINAL IN REM JUDGMENT

---

      This matter comes before the Court upon the joint motion of the Plaintiff United States and Defendants Wells Fargo Bank, N.A. (Wells Fargo), State of Wisconsin Department of Revenue (WDOR), and Cherrywood Village Condominium Association (Cherrywood) for entry of an *in rem* judgment against these defendants. (ECF No. 213.) Based on this motion and the prior stipulations between the United States and Wells Fargo (ECF No. 50) and the United States and WDOR (ECF No. 47), the Court finds that good cause exists and that the joint motion should be granted.

      Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's motion for consent judgment is **GRANTED**.

      Dated at Milwaukee, Wisconsin on December 21, 2021.

                                                          s/ *Brett H. Ludwig*
                                                          BRETT H. LUDWIG
                                                          United States District Judge